In RE: Debroah A. Martin

Case No. 09-20804

Plan filed: 3/31/09

__2nd__ Amended  FILED  9/16/09

## CHAPTER 13 WORKSHEET

1. Debtor's Employer: State of Connecticut        Occupation: Deputy Clerk

2. Debtor #2 or Spouse's Employer: ___        Occupation: ___

3. Finances Monthly: Net Pay $5,037.45    Expenses: $4,066.99    Excess $1,030.46    Cushion: $399.20

4. Plan: Monthly Payment: $653.48    Term: 60 mos.    Total Payments: $39,208.80    Dividend not less than 61%

5. Debts: Priority: $0.00    Provided for? na    Secured: $0.00    Unsecured: $55,882.32

6. Real Estate: Value $213,000.00    Appraisal 4/09    Mortg: $224,120.00    Liens: $0.00    Equity: $0.00
   Value ___    Appraisal ___    Mortg: ___    Liens: ___    Equity: ___
   Value ___    Appraisal ___    Mortg: ___    Liens: ___    Equity: ___

**7. SECURED CLAIMS        AMOUNT        %INTEREST        TOTAL TO BE PAID    511, 1322(e)/1325(A)(5) SATISFIED?**

NONE

8. Chapter 7 Test, 1325(a)(4):

**Liquidation Analysis:**

Assets: $224,866.00

Preferences: $0.00

Total Available: $224,866.00
LESS:
Priorities: $0.00

Secured Debt: $213,000.00

Exemptions: $11,866.00
Liquidation: ___
Total: $224,866.00
NET AVAILABLE: $0.00    + ___ %Interest = $0.00

$301.61 Every other week
Begin 10/22/09

**Chapter 13 Plan Analysis:**

Total Payment: $39,208.80
LESS
Trustee Comm. $2,920.88

Attorney Fee: $1,200.00

Priorities: $0.00

Secured Debt Paid: $0.00

Other ___: $0.00

TOTAL: $5,120.88

NET AVAILABLE: $34,087.92

9. Plan complies with all provisions of 11 USC 1325, except: 5 years and $33,636.00 to unsecured creditors per Form B22C

10. Prohibition on Property Transfer? yes        Paid all pre-confirmation Payment, 1326(a)(1)? yes

11. Exemptions Correct? yes    Any Education Loans? no    Amount: $ 0.00

12. Current Payments Outside Plan:    Property Taxes: yes    Mortgage: yes    Auto: yes

13. Attorney Fee: Total: $2,305.00    Paid: $1,105.00    Unpaid: $1,200.00    Timesheets: ___